UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FELIPE CANDIDO DE FREITAS      *
     *
     Petitioner,      *
     *
     v.      *      Civil Action No. 1:26-cv-10966-IT
     *
ANTONE MONIZ, et al.,      *
     *
     Respondents.      *

ORDER CLOSING CASE

TALWANI, D.J.

In light of this court issuing an Electronic Order [10] directing Respondents to provide

Petitioner with a bond hearing should he request one, and Respondent's Status Report [Doc. No.

12] indicating a bond hearing was conducted, at which time bond was denied, this action is

CLOSED.

IT IS SO ORDERED.

August 10, 2026          /s/ Indira Talwani
                                       United States District Judge